## TERRE HAUTE & LOGANSPORT RAILWAY COMPANY *v.* SALMON.

[No. 20,086. Filed June 23, 1903.]

From Clinton Circuit Court; *S. R. Artman,* Special Judge.

Action by James W. Salmon against the Terre Haute & Logansport Railway Company. From a judgment for plaintiff, defendant appeals. *Affirmed.*

*C. G. Guenther, Braden Clark* and *J. G. Williams,* for appellant.
*Joseph Combs,* for appellee.

MONKS, C. J.—The questions presented in this case are the same as those decided in *Terre Haute, etc., R. Co.* v. *Salmon, ante,* 131, and on the authority of that case the judgment in this case is affirmed.

---

## TERRE HAUTE & LOGANSPORT RAILWAY COMPANY *v.* HOLMES.

[No. 20,085. Filed June 24, 1903.]

From Clinton Circuit Court; *S. R. Artman,* Special Judge.

Action by Stephen D. Holmes against the Terre Haute & Logansport Railway Company. From a judgment for plaintiff, defendant appeals. *Affirmed.*

*C. G. Guenther, Braden Clark* and *J. G. Williams,* for appellant.
*Joseph Combs,* for appellee.

MONKS, C. J.—The questions presented in this cause are the same as those decided in *Terre Haute, etc., R. Co.* v. *Salmon, ante,* 131, and on the authority of that case the judgment in this case is affirmed.